**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELIZABETH SARAH BROWN** | : | |
| *and* **DANIEL LYNN BROWN,** | : | |
| Plaintiffs, | : | |
| | : | **No. 1:23-CV-01886** |
| **v.** | : | |
| | : | |
| **ADAMS COUNTY,** *et al*., | : | |
| Defendants. | : | |

**THE ADAMS COUNTY DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGEMENT EXHIBITS UNDER SEAL**

Defendants Adams County, and Courtney Stoner, Alex Hackney, Nicole Masafu, Sarah Finkey, and Melissa Tolbert (hereinafter the "Adams County Defendants") file this Motion for Leave to File Motion for Summary Judgement Exhibits Under Seal, and in support thereof, state as follows:

1. The Adams County Defendants intend to file a Motion for Summary on or before December 16, 2026.

2. Prior to filing their Motion for Summary Judgment, the Adams County Defendants are filing this present motion to request they be permitted to file the exhibits accompanying its Statement of Undisputed Materials as under seal.

3. Federal Rule of Civil Procedure 5.2(d) provides that the Cout "may order that a filing be made under seal without redaction."

4. Under the Local Rules of Civil Procedure, "no document shall be filed under seal unless authorized by an order of Court. M.D. Pa. Civ. R. 5.8."

5. The Adams County Defendants therefore file this motion to seek leave to file the exhibits accompanying its Statement of Undisputed Material Facts as part of its Motion for Summary Judgement under seal.

6. By way of background, the record developed in discovery is extensive.

7. There are around 13 different deposition transcripts that the Adams County Defendants intend to rely on and use as exhibits supporting its Motion for Summary Judgment.

8. Beyond that, the records produced by Adams County and the Commonwealth were extensive.

9. Accordingly, the Adams County Defendants intend to attach around 50 exhibits to its Statement of Undisputed Material Facts for its forthcoming Motion for Summary Judgment.

10. The vast majority of the exhibits contain a substantial amount of information that is required to be redacted under Federal Rule of Civil Procedure 5.2 before being filed on the public docket.

11. For example, the Plaintiffs' minor children's full names are contained throughout the deposition transcripts and in many of the other documents that the Adams County Defendants intend to attach as exhibits.

12. Further, birth dates and social security numbers, of the Plaintiffs as well as their minor children appear in many of the records intended to be used as exhibits.

13. Additionally, a significant amount of the exhibits are taken from Adam County CYS's files on Plaintiffs and their children.

14. Aside from the private information discussed above, these records include sensitive information about family history, medical treatment and medical history.

15. Due to the extent of the redactions that would be required to file the exhibits on the docket, the Adams County Defendants seek this Honorable Court's leave to file the exhibits under seal to avoid sensitive information being filed on the docket due to potential human error, reduce clients' expense, and to provide the Court and the parties with unredacted copies to avoid any ambiguities in the record.

16. The undersigned counsel have sought concurrence from all parties through their counsel of record.

17. Plaintiffs' counsel indicated that they do not oppose the Adams County Defendants' present motion.

18. Counsel for the Commonwealth/PSP Defendants indicated that she concurs with the motion.

WHEREFORE, the Adams County Defendants hereby request that this Court grant their Motion For Leave to File Motion for Summary Judgement Exhibits Under Seal.

Respectfully Submitted,

Date: 11/19/2026

*s/Elizabeth L. Kramer*________

Charles E. Wasilefski, Esquire
Peters & Wasilefski
1035 Mumma Road, Suite 103
Lemoyne, PA 17043
P: 717-238-7555, ext. 110
cew@pwlegal.com

Elizabeth L. Kramer, Esquire
PA. I.D. #324651
Schmidt Kramer, P.C.
209 State Street
Harrisburg, PA 17101
P: 717-409-8617
F: 717-232-6467
ekramer@schmidtkramer.com

**CERTIFICATE OF SERVICE**

I, hereby certify that a true and correct copy of the foregoing was served upon all parties of record through their counsel via Electronic Filing System on the date specified below.

Date: 11/19/2026

*s/Elizabeth L. Kramer*____________
Elizabeth L. Kramer, Esquire