# CERTIFICATE OF CONCURRENCE

Pursuant to L.R. 7.1, I, hereby certify that prior to filing this present motion, I sought concurrence from every party through their counsel. Plaintiffs' counsel indicated that they do not oppose this present motion. Counsel for the Commonwealth/PSP Defendants indicated she concurs with the present motion.

Date: 11/19/2026

*s/Elizabeth L. Kramer*____________
Elizabeth L. Kramer, Esquire