**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELIZABETH SARAH BROWN** | : | |
| *and* **DANIEL LYNN BROWN,** | : | |
| Plaintiffs, | : | |
| | : | **No. 1:23-CV-01886** |
| **v.** | : | |
| | : | |
| **ADAMS COUNTY,** *et al*., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this ___________ day of __________________, 2026, upon consideration of the Adams County Defendants Motion to File Motion For Summary Judgement Exhibits Under Seal, it is hereby ORDERED that said Motion is GRANTED and that Adams County Defendants have permission to file the exhibits accompanying their Statement of Undisputed Facts for their Motion for Summary Judgement under seal. These documents shall be sealed and unavailable for public view unless or until further order of this Court.

BY THE COURT:

____________________________________
, J.